UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAWRENCE GUGLIARA,

                Plaintiff,

  -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION, MS. MOODY,
SUPERVISOR STATE OF NEW YORK
OFFICE OF TEMPORARY AND
DISABILITY ASSISTANCE,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV-5496 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 11 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 9, 2005, dismissing the complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the complaint in its entirety.

Dated: Brooklyn, New York
       May 10, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court